IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:06-CV-524 |
| | § | |
| STEPHEN W. WILLIAMS, et al | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge (Doc. No. 20), which contains his proposed findings of fact and recommendations for the disposition of Defendants' Motion to Dismiss (Doc. No. 11), has been presented for consideration. Defendants were granted extra time to file their objections, and during that time filed two notices with the Court. However, neither of the notices addressed the substance of the Report and Recommendation.[1] Having considered Defendants' filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is **ORDERED** that Defendants' Motion to Dismiss is **DENIED** (Doc. No.

---

[1] Defendants' notices objected to the Court's ruling without addressing the substance of the Report and Recommendation. The first notice informed the Court that Defendants have reported the handling of the case by the U.S. Government and the Court to the U.S. Senate Committee on the Judiciary and the U.S. House of Representatives Committee on the Judiciary (Doc. No. 24). The second notice was a copy of the of the proposed "Fair Tax Act of 2007," which Defendants claim exhibits "new intrinsic evidence that the United States Congress has provisioned to repeal the income tax and abolish the Internal Revenue Service." (Doc. No. 25). Defendants further claim the proposed bill "is documentary evidence that conclusively establishes the facts, and supports [Defendants'] claims, that the Internal Revenue Service and the existing tax laws are oppressive, unfair, incoherent, incomprehensive, counterproductive, burdensome, void for vagueness and must be abolished." (Doc. No. 25).

11).

**SIGNED this 20th day of March, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE