IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION No. 6:06cv524 |
| | § | |
| **STEPHEN W. WILLIAMS, et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge (Doc. No. 94) and the Supplemental Report and Recommendation of the Magistrate Judge (Doc. No. 96) together contain the Magistrate Judge's proposed findings of fact and recommendations for the disposition of the United States' Motion for Summary Judgment (Doc. No. 80). These Reports also present findings of fact and recommendations for the disposition of Defendant's Motion to Dismiss in Response to Motion for Summary Judgment For Cause (Doc. No. 86); Motion to Dismiss (Doc. No. 88); and Motion for Evidentiary Hearing (Doc. No. 91). Both Reports have been presented for consideration, and no objections have been filed. Having carefully considered the parties' arguments, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court adopts the Report and Recommendation (Doc. No. 94) and Supplemental Report and Recommendation of the United States Magistrate Judge (Doc. No. 96) as the findings of this Court.

Accordingly, it is hereby **ORDERED** that United States' Motion for Summary Judgment (Doc. No. 80) be **GRANTED**. It is further **ORDERED** that Defendant's Motion to Dismiss in Response to Motion for Summary Judgment For Cause (Doc. No. 86); Motion to Dismiss (Doc. No. 88); and Motion for Evidentiary Hearing (Doc. No. 91) be **DENIED**.

**SIGNED this 30th day of December, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE